■ (A) In the Matter of the Claim of ETTA K. SAWTELL, Appellant, v. COLUMBIA BOX BOARD MILLS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) STEPHANIE RAISH, Plaintiff, v. JOSEPH J. HOWARTH et al., Defendants. (Action No. 1.) JOSEPH J. HOWARTH et al.,

Plaintiffs, v. STEPHANIE RAISH, Defendant. (Action No. 2.) (C) In the Matter of Arbitration between JEANNETTE G. THORPE, Petitioner, and STATE FARM MUTUAL INSURANCE COMPANY, Respondent. (D) WAYNE BASSETT, Appellant, v. MAUDE S. HANLY, Respondent. (E) WALTER DAME, Appellant, v. MAUDE S. HANLY, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 26, 1962, in which event motions denied.